

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LORENZO CARREON, | § | |
| | | No. 08-12-00196-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 120th District Court |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| State. | § | |
| | | (TC# 20100D04925) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **June 23, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **June 23, 2013.**

IT IS SO ORDERED this 8th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.